147 So. 922

## T. DAVIE v. STATE.
### 4 Div. 974.

Court of Appeals of Alabama.
April 11, 1933.

SAMFORD, Judge.
Affirmed.

142 So. 921

## Buford DAVIS v. STATE.
### 8 Div. 482.

Court of Appeals of Alabama.
June 14, 1932.

F. S. Parnell, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.

Defendant was convicted of driving an automobile along the public road while intoxicated.

The record presents a jury question, and, finding no error in the record, the judgment is affirmed.

144 So. 920

## Georgia Moore DAWKINS v. Walter A. PAGE.
### 5 Div. 890.

Court of Appeals of Alabama.
Nov. 25, 1932.

PER CURIAM.

Appeal dismissed for want of prosecution.

140 So. 924

## Cooter DAWKINS v. STATE.
### 4 Div. 849.

Court of Appeals of Alabama.
April 5, 1932.

RICE, J.
Appeal dismissed.

145 So. 917

## Mrs. S. C. DEAL v. Mattie D. GARNER, Ex'x.
### 4 Div. 948.

Court of Appeals of Alabama.
Dec. 20, 1932.

RICE, J.
Affirmed.

140 So. 924

## Eugene, alias Genie, DEATON v. STATE.
### 2 Div. 501.

Court of Appeals of Alabama.
March 29, 1932.

RICE, J.
Affirmed.

150 So. 923

## De BARDELEBEN COAL CORP. v. R. C. MIDDLETON.
### 6 Div. 523.

Court of Appeals of Alabama.
Oct. 31, 1933.

Cabaniss & Johnston, of Birmingham, for appellant.

Miller, Graham & Wingo, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Remanded to lower court by agreement.

139 So. 913

## Jack DENTON and Louie Shields v. STATE.
### 8 Div. 426, 437.

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Affirmed.